# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Michael D. Pierce**

vs.  CASE NUMBER: 7:05-CV-1477

**The New York State Police, Troop D Barrics;
William Cross; Kurt LaValley; Todd Galarneau;
Richard Knight; New York State Police Department;
Rickey Craft**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Jury has reached a verdict of no cause of action in favor of defendants.

All of the above pursuant to the order of the Honorable Judge George H. Lowe, dated the 21st day of April, 2011.

DATED: April 21, 2011

_____
Clerk of Court

_____
Renata Hohl
Deputy Clerk